No. 63028.—Fabius & Co., Inc. *v.* United States, protest 58/15383 (A) (New York).

Opinion by WILSON, J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, MAY 11, 1959

No. 63029.—Technomat *v.* United States, protest 248742–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of the plaintiff was sustained.

No. 63030.—Reliance International Mfg., Ltd. *v.* United States, protest 296832–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of the plaintiff was sustained.

No. 63031.—Independent Shoe Machinery Assoc. *v.* United States, protest 58/5604 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of a machine and parts similar in all material respects to the machinery involved in Abstract 61541, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 13, 1959

No. 63032.—Manca, Inc. *v.* United States, protests 320350–K, 320351–K, and 320352–K (New York).